**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO.** 26-11162 |
| KRISTAN STEVENS, | § | |
| | § | **CHAPTER 13** |
| | § | |
| **DEBTOR(S).** | § | **SECTION A** |

## ORDER OF VOLUNTARY DISMISSAL

Pending before the Court is ☑ the ex parte motion to dismiss the Debtor(s)' bankruptcy case filed by the Debtor(s) (the "Motion"), [ECF Doc. 32 ], OR ☐ the motion to dismiss the Debtor(s)' bankruptcy case filed by the Debtor(s) (the "Motion"), [ECF Doc. ], which was scheduled for hearing on , and properly noticed.

Considered the record and pleadings, and no objection having been filed,

**IT IS ORDERED** that the Motion is **GRANTED**, and the above-captioned bankruptcy proceeding is **DISMISSED**.

**IT IS FURTHER ORDERED** that the § 362(a) automatic stay resulting from the filing of this case is **SET ASIDE AND VACATED**.

**IT IS FURTHER ORDERED** that all pending matters in this case are **DENIED AS MOOT**, except for applications for compensation and hearings on Trustee's final accounting.

**IT IS FURTHER ORDERED** that the Debtor shall serve this Order on the required parties who will not receive notice through the Court's CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules and file a certificate of service to that effect within three days.

New Orleans, Louisiana, October 27, 2026.

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE